| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 6:15-cr-187-Orl-37TBS |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Simone Mcillwain<br>8206 Ivey Hollow Driver<br>Charlotte, North Carolina 28227 | Middle District of Florida | Orlando |
| | NAME OF SENTENCING JUDGE<br>The Honorable Roy B. Dalton, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/01/2019    TO 06/30/2024 |

OFFENSE:

COERCION OR ENTICEMENT OF MINOR 18:2423.F PRINCIPALS 18:2.F

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **FLORIDA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Western District of North Carolina** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/22/19
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **NORTH CAROLINA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/11/19
_____
Effective Date

_____
United States District Judge